UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FELIX OTERO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-3295 |
| § | |
| U.S. BANK TRUST NATIONAL § | |
| ASSOCIATION, § | |
| § | |
| Defendant. § | |

## ORDER FOR EXPEDITED RESPONSE

Plaintiff's Application for Temporary Restraining Order (Dkt. 7) was filed on November 29, 2021. A response to this motion is required on an expedited basis. The response is due **on or before December 1, 2021**.

SIGNED at Houston, Texas, this 29th day of November, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE