**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Felix Otero | § | |
| | § | |
| *versus* | § | Case Number: 4:21−cv−03295 |
| | § | |
| U.S. Bank Trust National Association | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Injunction Hearing

    Date and Time: 1/6/2022 at 1:30 p.m.

Date: January 5, 2022

                                                                                                                                 Nathan Ochsner, Clerk