United States District Court
Southern District of Texas
**ENTERED**
January 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FELIX OTERO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-3295 |
| § | |
| U.S. BANK TRUST NATIONAL § | |
| ASSOCIATION, § | |
| § | |
| Defendant. § | |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

The plaintiff in this wrongful foreclosure case has filed for Chapter 13 bankruptcy protection. *See* Southern District of Texas bankruptcy case number 21-33905. Accordingly, this case is **STAYED AND ADMINISTRATIVELY CLOSED**. The parties may request a referral to the bankruptcy court under subsection (1)(A) of Southern District of Texas General Order 2012-6.

SIGNED at Houston, Texas, this 6th day of January, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE